IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WALTER H. HOLLOWAY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:19CV127 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FALSE ADDRESS TO AVOID RELIEF OF COURT, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's "Request Amendment of Case to the Following" (Filing No. 10), construed as a Motion to Amend Complaint, is denied because this case was dismissed with prejudice on April 19, 2019 (Filing No. 8), judgment was entered that date (Filing No. 9), and this case is closed. Plaintiff shall file no further paperwork in this case.

DATED this 23rd day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge